# Court of Appeals
# of the State of Georgia

ATLANTA, September 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2458. ANGELA M. BROWN v. JEROME F. D'ANNA.**

In Case Number A13A0546, plaintiff Angela M. Brown filed a direct appeal from an order denying her motion to set aside alleged fraudulent conveyances and from orders granting or failing to grant OCGA § 9-15-14 attorney fees. By order dated November 30, 2012, we dismissed the appeal because the case was not final and Brown's failure to follow the interlocutory appeal procedure deprived us of jurisdiction. When the case was returned to the trial court, Brown filed a voluntary dismissal of the remaining issue. She then filed this direct appeal.

Once again, we lack jurisdiction. "A voluntary dismissal is not a decision or judgment that may be appealed by a plaintiff." *Waye v. Continental Special Risks*, 289 Ga. App. 82, 84 (656 SE2d 150) (2007); see also *Studdard v. Satcher, Chick, Kapfer, Inc.,* 217 Ga. App. 1, 3 (456 SE2d 71) (1995); *Mitchell v. Wyatt,* 192 Ga. App. 127, 129 (384 SE2d 227) (1989). This is so because "one cannot complain of a judgment, order, or ruling that his own procedure or conduct procured or aided in causing." (Punctuation omitted.) *Studdard*, supra at 2. Moreover, a voluntary dismissal cannot be used as a vehicle for obtaining appellate review of rulings entered by the trial court more than 30 days from the filing of the notice of appeal. See *Waye*, supra.

For these reasons, this Court is without jurisdiction to entertain this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 09/05/2013

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*